IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CR102 |
| vs. | ) | |
| | ) | ORDER |
| JOSE PALILLOS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant has filed a Motion for Disclosure of Confidential Informant's Identity [34] and requests an evidentiary hearing. The deadline for filing motions of this nature expired on April 6, 2007, and the case is set for trial on July 23, 2007. There appears to be no reason why this motion could not have been filed before the April 6 deadline, and the defendant did not timely request an extension of time in which to file substantive pretrial motions. For these reasons,

**IT IS ORDERED** that defendant's Motion for Disclosure of Confidential Informant's Identity and Request for Evidentiary Hearing [34] is denied.

Pursuant to NECrimR 57.2, a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later than **July 16, 2007**. The party shall specifically state the order or portion thereof appealed from and the basis of the appeal. The appealing party shall file contemporaneously with the statement of appeal a brief setting forth the party's arguments that the magistrate judge's order is clearly erroneous or contrary to law. The filing of a statement of appeal does not automatically stay the magistrate judge's order pending appeal. *See* NECrimR 57.2(d).

**DATED July 12, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**